**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Attorneys for Integral Nuclear Associates, LLC, *et al.*,
Debtors-in-Possession

| | |
|---|---|
| In re:<br><br>INTEGRAL NUCLEAR ASSOCIATES, LLC, *et al.*,<br><br>Debtors-in-Possession. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE NOVALYN L. WINFIELD CASE NOS. 07-15183; 07-15186 through 07-15192; 07-15194; 07-15196 through 07-15198; 07-15200 through 07-15210; 07-15213 and 07-15215 (NLW)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF EFFECTIVE DATE OF MODIFIED THIRD AMENDED JOINT PLAN OF REORGANIZATION FOR CERTAIN OF THE DEBTORS AND THIRD AMENDED JOINT PLAN OF LIQUIDATION FOR LIQUIDATING DEBTORS** |

On September 29, 2009, the United States Bankruptcy Court for the District of New Jersey entered an Order Confirming Modified Third Amended Joint Plan of Reorganization for Certain of the Debtors and Third Amended Joint Plan of Liquidation for Liquidating Debtors filed by Integral Nuclear Associates, LLC et al. (the "Modified Plan"). Given the conditions

precedent to the Effective Date set forth in Article IX of the Modified Plan were waived or

satisfied on September 29, 2009, the Effective Date of the Plan was September 29, 2009.

                                                    COLE, SCHOTZ, MEISEL,
                                                    FORMAN & LEONARD, P.A.
                                                    Attorneys For Integral Nuclear
                                                    Associates, LLC, et al., Debtors and
                                                    Debtors-in-Possession


                                         By: */s/ Ilana Volkov*
                                                    Ilana Volkov

DATED: September 30, 2009

2

44656/0001-6023399v1